United States Courts
Southern District of Texas
FILED

September 07, 2023

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | CRIMINAL NO. **4:23-cr-00413** |
| v. | § | |
| | § | |
| ABIGAIL JO SHRY, | § | |
| Defendant | § | |

## **INDICTMENT**

THE GRAND JURY CHARGES THAT:

### **Count One**
### **(Threat by Interstate Communication)**

On or about August 5, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant,

### **ABIGAIL JO SHRY,**

did knowingly and willfully transmit in interstate and foreign commerce, from Texas to Washington, D.C., a communication, to wit: a telephone call from a mobile telephone in Texas to a specific United States District Judge ("Judge") in Washington, D.C., and the communication contained a threat to injure any person and the person of another, specifically, defendant ABIGAIL JO SHRY, left a voicemail at the Chambers for Judge in Washington, D.C., stating, among other things, her intent to kill Judge, that she would kill anyone who went after former President Trump, and also threatened to kill a specific Member of the United States House of

Representatives, all Democrats in Washington, D.C., and all people in the "LGBTQ" community.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

## Original Signature on File

ALAMDAR S. HAMDANI
United States Attorney

_FOR

RICHARD D. HANES
Assistant United States Attorney