UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                        Case Number: 4:23–cr–00413

Abigail Jo Shry

---

## Notice of Setting

**A proceeding has been set in this case as to Abigail Jo Shry as set forth below.**

**BEFORE:**
**Magistrate Judge Sam S Sheldon**

**LOCATION:**
by video

**DATE:** 11/7/2023

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Status Conference
Applicable defendant(s) required to be present at the hearing.

---

Date:   November 3, 2023                           Nathan Ochsner, Clerk