IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                                          Cr. No. H-23-0413

ABIGAIL JO SHRY

## UNOPPOSED MOTION TO AMEND BOND

Defendant, Abigail Jo Shry, moves this Court to amend her bond conditions to remove home detention and to add a curfew, and respectfully shows as follows:

Ms. Shry is charged with threat by interstate communication in violation of 18 U.S.C. § 875(c). In September 2023, she entered and successfully completed an inpatient substance-abuse treatment program. In November 2023, she was released on bond with a condition of home incarceration and intensive outpatient treatment. In December 2023, her supervision was reduced to home detention with GPS monitoring.

Ms. Shry is requesting to remove home detention as a condition of her bond, and to reduce her supervision to a curfew to be set by pretrial services. This will assist her in finding employment and with arranging transportation to her necessary appointments. Removing home detention will also appropriately reduce the resources required from pretrial services for her supervision.

The government and pretrial services are unopposed to this motion.

        Respectfully submitted,

        MARJORIE A. MEYERS
        Federal Public Defender
        Southern District of Texas No. 3233
        Texas State Bar No. 14003750

        By /s/ Amr A. Ahmed
        AMR A. AHMED
        Assistant Federal Public Defender
        Southern District of Texas No. 3088803
        Virginia State Bar No. 81787
        440 Louisiana, Suite 1350
        Houston, TX 77002-1056
            Telephone:  713.718.4600
            Fax:             713.718.4610

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Assistant United States Attorney Richard Hanes and United States Pretrial Officer Isabel Davila and determined that the United States and Pretrial are unopposed to this motion to amend bond.

By /s/ Amr A. Ahmed
AMR A. AHMED

## CERTIFICATE OF SERVICE

I certify that on January 30, 2024, a copy of the foregoing was served by Notification of Electronic Filing and will be delivered by email to the office of Assistant United States Attorney Richard Hanes and United States Pretrial Officer Isabel Davila.

By /s/ Amr A. Ahmed
AMR A. AHMED