United States District Court
Southern District of Texas
**ENTERED**
February 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                    Cr. No. H-23-0413

ABIGAIL JO SHRY

### O R D E R

The Court has considered the Second Unopposed Motion to Continue, wherein counsel for Defendant, Abigail Jo Shry, has represented that more time is needed to conduct discovery, prepare pretrial motions, and prepare for trial, and that failure to grant a continuance would result in a miscarriage of justice. Based on the representations made in the Second Unopposed Motion to Continue, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in the miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The Second Unopposed Motion to Continue is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence on, February 26, 2023, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by May 1, 2024.

Responses shall be filed by May 15, 2024.

A pretrial conference is set for May 29, 2024 at 10:30 am / ~~pm~~.

Trial in this case is set for June 3, 2024 at 9:00 am / ~~pm~~.

SIGNED at Houston, Texas, on the 1st day of February 2024.

_____
KEITH P. ELLISON,
UNITED STATES DISTRICT JUDGE