# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
**F I L E D**

FEB 09 2024

Nathan Ochsner, Clerk of Court

20240130-172

Abigail Jo Shry
Cenikor Foundation
4525 Glenwood Avenue
Deer Park, TX US 77539

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http☐//www.txs.uscourts.gov

Date☐ Tuesday, January 30, 2024
Case Number☐ 4☐23-cr-00413
Document Number☐ 29 ☐1 page)
Notice Number☐ 20240130-172
Notice☐ The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

US POSTAGE ᴾᴿᴱ PITNEY BOWES

$ 000.64

ZIP 77002
02 1W
0001374615 JAN 31 2024

United States Courts
Southern District of Texas
FILED

FEB 09 2024

Nathan Ochsner, Clerk of Court

RETURN TO SENDER
NO LONGER AT THIS ADDRESS!!

0002/05/24

NIXIE        775  FE  1        0002/05/24

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77208181010      *0253-03345-01-05