**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                                              **Cr. No. H-23-0413**

**ABIGAIL JO SHRY**

**O R D E R**

The Court has considered the Third Unopposed Motion to Continue, wherein counsel for Defendant, Abigail Jo Shry, has represented that more time is needed to conduct discovery, prepare pretrial motions, and prepare for trial, and that failure to grant a continuance would result in a miscarriage of justice.  Based on the representations made in the Third Unopposed Motion to Continue, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant, to a speedy trial.  The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in the miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The Third Unopposed Motion to Continue is therefore GRANTED.  It is ORDERED that a period of excludable delay shall commence on, _____, 2023, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B).  The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by _____.

Responses shall be filed by _____.

A pretrial conference is set for _____ at _____ am / pm.

Trial in this case is set for _____ at _____ am / pm.

SIGNED at Houston, Texas, on the ____ day of _____ 2024.

_____
KEITH P. ELLISON,
UNITED STATES DISTRICT JUDGE