United States District Court
Southern District of Texas
**ENTERED**
May 22, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Cr. No. H-23-0413

ABIGAIL JO SHRY

## O R D E R

The Court has considered the Third Unopposed Motion to Continue, wherein counsel for Defendant, Abigail Jo Shry, has represented that more time is needed to conduct discovery, prepare pretrial motions, and prepare for trial, and that failure to grant a continuance would result in a miscarriage of justice. Based on the representations made in the Third Unopposed Motion to Continue, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in the miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The Third Unopposed Motion to Continue is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence on, __June 3__, 2023, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by __July 10, 2024__.

Responses shall be filed by __July 24, 2024__.

A pretrial conference is set for __August 7, 2024__ at __10:30__ am / .

Trial in this case is set for __August 12, 2024__ at __9:00__ am / .

SIGNED at Houston, Texas, on the __22nd__ day of __May__ 2024.

_____
KEITH P. ELLISON,
UNITED STATES DISTRICT JUDGE