United States District Court
Southern District of Texas
**ENTERED**
November 01, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | **CRIMINAL ACTION NO. 4:23-CR-** |
| **VS.** § | **00413** |
| § | |
| **ABIGAIL JO SHRY** § | |

## ORDER OF REFERRAL

This cause is hereby referred to United States Magistrate Judge Dena Palermo for the purpose of administering the plea of guilty, subject to the final approval and imposition of sentence by this Court.

**IT IS SO ORDERED.**

Signed at Houston, Texas on November 1, 2024.

_____
Keith P. Ellison
United States District Judge