UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| v. | § § | CRIMINAL NO. H-23-413 |
| **ABIGAIL JO SHRY,**<br>Defendant. | § § | |

### SENTENCE DATA SHEET

**DEFENDANT'S IMMIGRATION STATUS:** U.S. Citizen

**GUILTY PLEA:** <u>Count One</u>: Transmitting in Interstate Commerce a Communication Containing a Death Threat in violation of Title 18, United States Code, Section 875(c).

**Penalty:** imprisonment for not more than 5 years, a fine of up to $250,000, a term of supervised release after imprisonment of up to 2 years, $100 special assessment.

**SUBSTANCE OF PLEA AGREEMENT:** None.

**ELEMENTS**
**COUNT ONE:** Transmitting in Interstate Commerce a Communication Containing a Death Threat in violation of Title 18, United States Code, Section 875(c).

**ATTACHMENT:** Plea Agreement

1

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney


*Richard D. Hanes*
RICHARD D. HANES
Assistant United States Attorney