IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.                                                    Cr. No. H-23-0413

**ABIGAIL JO SHRY**

## UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING

The Defendant, Abigail Jo Shry, moves this Court for a thirty-day continuance of the January 31, 2025, sentencing date, and all other deadlines in support of this motion presents the following:

Ms. Shry is charged with threat by interstate communication in violation of 18 U.S.C. § 875(c). The Pre-sentence Investigation Report ("PSR") in this case was disclosed to counsel on December 18, 2024. Objections to the report were due on January 3, 2025, and sentencing is set for January 31, 2025.

Additional time is needed to collect and present mitigation on behalf of Ms. Shry. Undersigned counsel requests that a continuance be granted and sentencing, and all other deadlines be re-set by 30 days.

The government does not oppose this Motion for Continuance.

    Respectfully submitted,

    PHILIP G. GALLAGHER
    Interim Federal Public Defender
    Southern District of Texas No. 566458
    New Jersey State Bar No. 2320341

    <u>Amr A. Ahmed</u>
    AMR A. AHMED
    Assistant Federal Public Defender
    Southern District of Texas No. 3088803
    Virginia State Bar No. 81787
    440 Louisiana, Suite 1350
    Houston, TX 77002-1056
        Telephone:  713.718.4600
        Fax:          713.718.4610

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Assistant United States Attorney Richard Hanes and determined that the United States is unopposed to this motion for continuance.

By /s/ Amr A. Ahmed
AMR A. AHMED

## CERTIFICATE OF SERVICE

I certify that on January 8, 2025, a copy of the foregoing Unopposed Motion to Continue Sentencing was served by Notification of Electronic Filing and by electronic mail to the office of Assistant United States Attorney Richard Hanes and United States Probation Officer Brittney Felder.

By /s/ Amr A. Ahmed
AMR A. AHMED