United States District Court
Southern District of Texas
**ENTERED**
January 10, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                                          Cr. No. H-23-0413

ABIGAIL JO SHRY

## O R D E R

Abigail Shry's Unopposed Motion for Continuance is GRANTED.

Objections to the PSR are due on __February 4, 2025__.

The Final PSR is due on __February 18, 2025__.

The sentencing is reset to __March 4, 2025__, at __9:00__ a.m./.

SIGNED at Houston, Texas, on the __10th__ day of __January__.

_____
UNITED STATES DISTRICT JUDGE

4