United States District Court
Southern District of Texas
**ENTERED**
April 28, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | §   **CRIMINAL ACTION NO. 4:23-CR-** |
| **VS.** | § **00413** |
| | § |
| **ABIGAIL JO SHRY** | § |

### ORDER RESETTING SENTENCING

The sentencing of the Defendant is hereby reset.

1. Counsel will file any objections or a statement or no objection by July 10, 2025.

2. The Probation Office will submit the final PSR with an addendum by July 24, 2025.

3. Sentencing reset to August 7, 2025 at 11:00 a.m.

**IT IS SO ORDERED.**

Signed at Houston, Texas on April 28, 2025.

_____
Keith P. Ellison
United States District Judge