United States District Court
Southern District of Texas

**ENTERED**

August 05, 2025

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CRIMINAL ACTION NO. 4:23-CR-** |
| **VS.** | § | **00413** |
| | § | |
| **ABIGAIL JO SHRY** | § | |

**ORDER RESETTING SENTENCING**

The motion to continue (Doc. 71) is **GRANTED**. The sentencing of the Defendant is hereby reset.

1. Counsel will file any objections or a statement or no objection by September 9, 2025.

2. The Probation Office will submit the final PSR with an addendum by September 23, 2025.

3. Sentencing reset to October 7, 2025, 2025 at 1:30 p.m.

**IT IS SO ORDERED.**

Signed at Houston, Texas on August 5, 2025.

Keith P. Ellison
United States District Judge