UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL 4:23-CR-413 |
| | § | |
| | § | JUDGE KEITH P ELLISON |
| ABIGAIL JO SHRY | § | |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING AND RELATED**

**DEADLINES**

COMES NOW the Defendant, ABIGAIL JO SHRY, by and through undersigned counsel, and respectfully moves the Court to continue the sentencing hearing currently set for October 7th, 2025 for at least 30 days. In support of this request, counsel would show as follows:

Counsel is requesting a short continuance to allow adequate time to complete the collection of mitigation materials and prepare for sentencing. This request is not made for the purpose of delay, but rather to ensure effective representation in light of counsel's recent trial and sentencing schedule.

Accordingly, Defendant respectfully requests that sentencing be continued for at least thirty (30) days to allow counsel to adequately prepare and present mitigation evidence.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and reset sentencing for a date no sooner than thirty (30) days from the current setting.

1

Respectfully submitted,

/s/ Brandon G. Leonard
Brandon G. Leonard
5300 Memorial Drive, Suite 750
Houston, TX 77021
Tel 281.815.0063
brandon@theleonardfirm.com

Attorney for Defendant,
ABIGAIL JO SHRY

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with Assistant United States Attorney Richard Hanes regarding this motion. The Government has indicated that it does **not agree** to the requested continuance.

/s/ Brandon Leonard