United States District Court
Southern District of Texas
**ENTERED**
September 24, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | §    **CRIMINAL ACTION NO. 4:23-CR-** |
| **VS.** | § **00413-001** |
| | § |
| **ABIGAIL JO SHRY** | § |

## ORDER RESETTING SENTENCING

The motion to continue sentencing (Doc. 73) is **GRANTED**. The sentencing of the Defendant is hereby reset.

1. Counsel will file any objections or a statement or no objection by October 10, 2025.

2. The Probation Office will submit the final PSR with an addendum by October 24, 2025.

3. Sentencing reset to November 7, 2025 at 1:30 p.m.

**IT IS SO ORDERED.**

Signed at Houston, Texas on September 22, 2025.

_____
Keith P. Ellison
United States District Judge