# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                    Case Number: 4:23–cr–00413

Abigail Jo Shry

---

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Abigail Jo Shry as set forth below.**

**Before the Honorable Keith P Ellison**

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Street
Houston, TX 77002


**DATE:** 11/10/2025

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Sentencing

---

Date: November 4, 2025                                    Nathan Ochsner, Clerk