Case 4:23-cr-00413   Document 84   Filed on 11/13/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 13, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | |
| | § | |
| **ABIGAIL JO SHRY** | § | DOCKET NO. 4:23CR00413-001 |

## ORDER

(☐) ORDERED THAT DEFENDANT, **Abigail Jo Shry** be released from GPS.

(☒) ORDERED THAT DEFENDANT, **Abigail Jo Shry** be released from GPS supervision no more than twenty-four (24) hours before her voluntary surrender to the Bureau of Prisons.

(☐) ORDERED THAT DEFENDANT, **Abigail Jo Shry** report to the U.S. Probation Office for removal of the GPS unit and surrender directly to the U.S. Marshal Service on the date of her surrender.

_____
Keith P. Ellison
United States District Judge

13 November 2025
Date

1