UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL 4:23-CR-413 |
| | § | |
| | § | JUDGE KEITH P ELLISON |
| ABIGAIL JO SHRY | § | |

**<u>DEFENDANT'S EMERGENCY MOTION TO CONSIDER RELEASE FROM</u>**

**<u>DETENTION</u>**

CCOMES NOW Defendant, ABIGAIL JO SHRY, by and through undersigned counsel, and respectfully moves the Court to consider her release from detention, and in support would show the following:

1. Ms. Shry was sentenced on November 12, 2025, and was later assigned a voluntary self-surrender date of February 17, 2026.

2. On January 8, 2026, Ms. Shry was arrested on an outstanding Travis County warrant issued September 20, 2023 where she remained in custody until the case was resolved.

3. Ms. Shry resolved the Travis County matter on January 22, 2026, and was sentenced and released from custody that same day.

4. On January 23, 2026, Ms. Shry contacted U.S. Probation by cellular phone and left a voicemail message, as reflected in the attached screenshot. She has received no response since that time.

1

5. Ms. Shry has remained at her residence and has made no attempt to evade supervision or avoid her February 17, 2026 surrender date.

6. Ms. Shry respectfully requests release so that she may continue to put her personal affairs in order during the remaining two-week period prior to her required surrender.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the Court order her release from detention pending her February 17, 2026 surrender date, or grant such other relief as justice requires.

Respectfully submitted,

/s/ Brandon G. Leonard
Brandon G. Leonard
5300 Memorial Drive, Suite 750
Houston, TX 77021
Tel 281.815.0063
brandon@theleonardfirm.com

Attorney for Defendant,
ABIGAIL JO SHRY

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with Assistant United States Attorney Richard Hanes regarding this motion. The Government has indicated that it cannot agree to the requested relief until after it has had time to conduct its own due diligence regarding these matters.

/s/ Brandon Leonard

2

