UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL 4:23-CR-413 |
| | § | |
| | § | KEITH P ELLISON |
| ABIGAIL JO SHRY | § | |

**ORDER**

On this day, the Court considered Defendant Abigail Jo Shry's Emergency Motion to Consider Release from Detention. ECF No. 95. The Government is unopposed. After reviewing the motion and the record, the Court finds that the motion should be GRANTED.

It is therefore ORDERED that Defendant Abigail Jo Shry is RELEASED pending her previously scheduled voluntary surrender date of February 17, 2026.

It is further ORDERED that all previously imposed conditions of release remain in full force and effect unless modified by further order of the Court.

SIGNED at Houston, Texas, on this 6th day of February, 2026.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

4