UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL 4:23-CR-413 |
| | § | |
| | § | JUDGE KEITH P ELLISON |
| ABIGAIL JO SHRY | § | |

**DEFENDANT'S REQUEST FOR FEDERAL BUREAU OF PRISON LOCATION**

**RECOMMENDATION**

COMES NOW Defendant, ABIGAIL JO SHRY, by and through undersigned counsel, and files this Request for Federal Bureau of Prison Location Recommendation.

1. Ms. Shry was sentenced on November 12, 2025, and was later assigned a voluntary self-surrender date of February 17, 2026.
2. Ms. Shry is respectfully requesting that this Honorable Court recommend to the Bureau of Prisons that Ms. Shry   be designated to FPC Bryan Bryan, TX so that she may be closer to her elderly parents family

Wherefore premises considered Ms. Shry, respectfully requests that this recommendation be included in final judgement.

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February 2026, a copy of the foregoing REQUEST FOR FEDERAL BUREAU OF PRISON LOCATION RECOMMENDATION was served by CM/ECF and electronic mail to the below listed parties.

Richard Haynes
Assistant United States Attorney
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, TX 77002

U.S. Probation Officer
Southern District of Texas
Houston Division
(713) 250-5285

<div style="margin-left:50%">

Respectfully submitted,

/s/ Brandon G. Leonard
Brandon G. Leonard
5300 Memorial Drive, Suite 750
Houston, TX 77021
Tel 281.815.0063
brandon@theleonardfirm.com

Attorney for Defendant,
ABIGAIL JO SHRY

</div>

2