UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL 4:23-CR-413 |
| | § | |
| | § | JUDGE KEITH P ELLISON |
| ABIGAIL JO SHRY | § | |

## DEFENDANT'S EMERGENCY MOTION TO DELAY REPORTING DATE

COMES NOW Defendant, ABIGAIL JO SHRY, by and through undersigned counsel, and respectfully moves the Court to delay her reporting date for at least thirty (30) days, and in support would show:

1. On November 12, 2025, Ms. Shry was sentenced in this matter.

2. On January 21, 2026, the Court entered an Order to Surrender directing Ms. Shry to report to FCI Tallahassee on February 17, 2026 at 2:00 p.m. to begin serving her sentence.

3. On January 8, 2026, Ms. Shry was arrested on an outstanding Travis County warrant issued September 20, 2023. She remained in custody until February 6, 2026.

4. The two-week incarceration substantially disrupted Ms. Shry's ability to prepare for surrender and arrange her personal and family affairs.

5. Ms. Shry has elderly parents, including a father who has recently developed medical issues. She requires additional time to assist with their care and to responsibly transition her affairs before reporting to federal custody.

6. Ms. Shry respectfully requests a thirty (30) day extension of her reporting date in light of these unforeseen circumstances.

7. This request is not made for purposes of delay, but to allow Ms. Shry a fair and reasonable opportunity to address matters disrupted by her unexpected arrest and detention.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the Court extend her voluntary surrender date by at least thirty (30) days, and for such other relief as justice requires.

Respectfully submitted,

/s/ Brandon G. Leonard
Brandon G. Leonard
5300 Memorial Drive, Suite 750
Houston, TX 77021
Tel 281.815.0063
brandon@theleonardfirm.com

Attorney for Defendant,
ABIGAIL JO SHRY

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Assistant United States Attorney Richard Hanes regarding this motion. The Government has indicated that it is **OPPOSED** the requested relief.

/s/ Brandon Leonard