UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                    Case Number: 4:23−cr−00413

Abigail Jo Shry

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
by telephone
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 2/17/2026

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Motion Hearing
Motion for Voluntary Surrender − #98

Date:   February 17, 2026

Nathan Ochsner, Clerk