United States District Court
Southern District of Texas
**ENTERED**
February 18, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | §   **CRIMINAL ACTION NO. 4:23-CR-** |
| **VS.** | § **00413** |
| | § |
| **ABIGAIL JO SHRY** | § |

## ORDER FOR ISSUANCE OF BENCH WARRANT

The Court has been notified that Defendant, Abigail Jo Shry, has failed to self-surrender on Tuesday, February 17, 2026 by 2:00 p.m. to the Federal Bureau of Prisons. It is **ORDERED** that an arrest warrant be issued for the arrest of Defendant, Abigail Jo Shry. The U.S. Marshal's Office is directed to apprehend and deliver Abigail Jo Shry to the Federal Bureau of Prisons – FCI Tallahassee, 501 Capital Circle NE, Tallahassee, FL 32301.

**IT IS SO ORDERED.**

Signed at Houston, Texas on February 18, 2026.

_____
Keith P. Ellison
United States District Judge