UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL 4:23-CR-413 |
| | § | |
| | § | JUDGE KEITH P ELLISON |
| ABIGAIL JO SHRY | § | |

**<u>DEFENSE COUNSEL'S MOTION TO WITHDRAW</u>**

COMES NOW undersigned counsel and respectfully moves to withdraw as attorney of record for Defendant, Abigail Jo Shry, and would show:

1. Defendant was ordered to report to the Bureau of Prisons on February 17, 2026.

2. On February 18, 2026, the Court entered an Order for Issuance of Bench Warrant directing that Defendant be apprehended and delivered to the Bureau of Prisons.

3. Counsel's representation in this matter has concluded.

WHEREFORE, counsel respectfully requests that the Court grant this Motion to Withdraw.

        Respectfully submitted,

        /s/ Brandon G. Leonard
        Brandon G. Leonard
        5300 Memorial Drive, Suite 750
        Houston, TX 77021
        Tel 281.815.0063
        brandon@theleonardfirm.com

        Attorney for Defendant,
        ABIGAIL JO SHRY