United States District Court
Southern District of Texas
**ENTERED**
March 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL 4:23-CR-413 |
| | § | |
| | § | KEITH P ELLISON |
| ABIGAIL JO SHRY | § | |

### ORDER

The Court has considered Defense Counsel's Motion to Withdraw.

The Motion is hereby **GRANTED**.

It is ORDERED that Brandon G. Leonard is permitted to withdraw as counsel of record for Defendant Abigail Jo Shry.

SIGNED this 27th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE

2