United States District Court
Southern District of Texas
**ENTERED**
July 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL 4:23-CR-413 |
| | § | |
| | § | KEITH P ELLISON |
| ABIGAIL JO SHRY | § | |

**ORDER ON DEFENDANT'S MOTION REQUESTING AN AMENDED JUDGEMENT**

**TO RECOMMEND A BUREAU OF PRISON LOCATION**

Upon consideration of Ms. Shry's Motion Requesting a Federal Bureau of Prison Location Recommendation, the motion is:

DENIED.

SIGNED this____21st____ day of_____July_____ , 2026, at Houston, Texas.

_____
UNITED STATES DISTRICT JUDGE

3